IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00429-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     BENITO JUAREZ-REYES; and
2.     MARLA IRMA ROBLES,

    Defendants.

---

## ORDER DIRECTING RESPONSE

This matter is before the Court on Defendant Benito Juarez-Reyes' Motion to Continue Trial and Set Status Conference (Dkt. # 28). Government and nonmoving defendant's counsel shall file a response to the motion to continue trial <u>no later than November 20, 2006</u>.

IT IS FURTHER ORDERED that a status conference and hearing on all outstanding motions has been set for **Wednesday, November 29, 2006 at 2:00 p.m.** Both defendants shall be present at this hearing.

DATED: November 14, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge