IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00429-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    BENITO JUAREZ-REYES; and
2.    MARLA IRMA ROBLES,

    Defendants.

## ORDER TO CONTINUE TRIAL DATES PURSUANT TO 18 U.S.C. § 3161(h)

For the reasons set forth in the telephone conference on November 29, 2006, the Court finds pursuant to 18 U.S.C. § 3161(h)(8) that the ends of justice served by GRANTING Defendant Juarez-Reyes' Motion to Continue Trial Due to Ends of Justice, Vacate Trial Date and Set Status Conference (Dkt. # 28) outweigh the best interest of the public and the defendants in a speedy trial. It is, therefore,

ORDERED that the final trial preparation conference set for December 7, 2006 and the three-day jury trial set to commence December 18, 2006 are VACATED. It is

FURTHER ORDERED that a status/scheduling conference is set for **Thursday, January 4, 2007 at 4:30 p.m.**, at which time a new trial date may be set. Defendants need not be present at the status conference unless they so desire. Counsel for

defendants shall file a written request with the Court <u>no later than December 29, 2006</u> as to whether or not the defendants wish to appear at the status conference.

DATED:  November 29, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge