IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00429-PSF

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. BENITO JUAREZ-REYES; and
2. MARLA IRMA ROBLES,

 Defendants.

---

## ORDER RESETTING STATUS CONFERENCE

---

 Due to his involvement with a trial in another matter, Defendant Juarez-Reyes' counsel has requested that the status conference set for January 4, 2007 at 4:30 p.m. be rescheduled. The Court hereby ORDERS that the January 4, 2007 status conference is RESET to **Thursday, February 1, 2007 at 4:00 p.m.** Defendants need not be present at the status conference unless they so desire. Counsel for defendants shall file a written request with the Court no later than January 29, 2007 as to whether or not the defendants wish to appear at the status conference.

 DATED: January 4, 2007

                BY THE COURT:

                *s/ Phillip S. Figa*
                _____
                Phillip S. Figa
                United States District Judge