IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00429-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     BENITO JUAREZ-REYES; and
2.     MARIA IRMA ROBLES,

    Defendants.

## ORDER RESETTING STATUS CONFERENCE

    This matter is before the Court *sua sponte*. The Court hereby ORDERS that the status conference currently set for February 1, 2007 at 4:00 p.m. is RESET to February 1, 2007 **at 9:00 a.m.** As set forth in this Court's minute order dated December 28, 2006 (Dkt. # 45), defense counsel shall make available to the courtroom deputy at the appropriate time a telephone number where Defendant Robles may be contacted **(no speaker, cordless or cell phones are permitted)**.

    DATED: January 26, 2007

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge