IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00429-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    BENITO JUAREZ-REYES; and
2.    MARIA IRMA ROBLES,

    Defendants.

## ORDER RESCHEDULING STATUS CONFERENCE

Defendant Juarez-Reyes' Motion to Reschedule Status Conference (Dkt. # 48) is GRANTED. The Court hereby ORDERS that the status conference currently set for February 1, 2007 at 9:00 a.m. is RESCHEDULED to **Friday, February 9, 2007 at 10:00 a.m.** As set forth in this Court's minute order dated December 28, 2006 (Dkt. # 45), defense counsel for Defendant Maria Robles shall make available to the courtroom deputy at the appropriate time a telephone number where Defendant Robles may be contacted **(no speaker, cordless or cell phones are permitted)**.

DATED: January 31, 2007

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*
                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge