IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00429-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     BENITO JUAREZ-REYES; and
2.     MARIA IRMA ROBLES,

    Defendants.

---

**ORDER GRANTING MOTION TO VACATE MOTIONS HEARING
AND SET STATUS CONFERENCE**

---

Defendant Robles' Motion to Vacate Motions Hearing and Reset for Status Conference (Dkt. # 51), which appears to be unopposed, is GRANTED. The Court hereby ORDERS that the hearing set for March 9, 2007 at 2:00 p.m. is VACATED.

IT IS FURTHER ORDERED that a status conference is set for **Thursday, May 10, 2007 at 8:30 a.m.** The Court hereby GRANTS Defendant Robles' request to appear at this status conference via telephone. As set forth previously in this matter, an interpreter will provide Defendant Robles with translation of the proceedings via telephone, but defendant will not be able to hear the actual court proceedings other than through the interpreter. Defense counsel shall make available to the courtroom deputy at the appropriate time a telephone number where Defendant Robles may be contacted **(no speaker, cordless or cell phones are permitted)**.

DATED: February 27, 2007    BY THE COURT:

    *s/ Phillip S. Figa*

    _____
    Phillip S. Figa
    United States District Judge