**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  06-cr-00429-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     BENITO JUAREZ-REYES, and
2.     MARIA IRMA ROBLES,

        Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Pursuant to the Order of Reassignment issued in this matter, this will confirm that the status conference regarding both Defendants in this matter set **May 10, 2007 at 8:30 a.m.** will proceed as scheduled before Chief Judge Lewis T. Babcock in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado.

Dated:  March 26, 2007