**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE LEWIS T. BABCOCK**

_____

Courtroom Deputy: Deborah Hansen        Date: May 10, 2007
Court Reporter:   Gwen Daniel            Interpreter: Cathy Bahr

_____

Criminal Action No. 06-cr-00429-LTB        <u>Counsel:</u>

UNITED STATES OF AMERICA,                  James Boma

    Plaintiff,

v.

1. BENITO JUAREZ-REYES,                    Robert Pepin
2. MARIA IRMA ROBLES,                      Bruce Brown

    Defendants.

_____

**COURTROOM MINUTES**
_____

HEARING - STATUS

08:40 a.m.    Court in Session

Interpreter sworn

Defendant Maria Irma Robles appears by telephone.

Defendant Benito Juarez-Reyes is present and in custody.

Discussion

**ORDERED:** Defendant's request for notice of 404(b) evidence (Doc No. 27) is **DENIED AS MOOT.**

**ORDERED:** A hearing on the motions to suppress is set Wednesday, June 6, 2007 at 8:30 a.m.

08:46 a.m.    Court in Recess; Hearing concluded; Time: /06