IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Case No. 06-cr-00429-LTB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

BENITO JUAREZ-REYEZ,

   Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND/OR DEPOSITIONS

---

It is stipulated that at the conclusion of the hearing, counsel for the parties shall

retain custody of their respective exhibits until such time as all need for the exhibits has

terminated and the time to appeal has expired or all appellate proceedings have been

terminated, plus sixty days.

DATED at Denver, Colorado this _6th_ day of June, 2007

BY THE COURT:

_____
LEWIS T. BABCOCK, CHIEF JUDGE
United States District Court

_____
Attorney for Plaintiff

_____
Attorney for Defendant

1