**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 06-cr-00429-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    BENITO JUAREZ-REYES, and
2.    MARIA IRMA ROBLES,

    Defendants.

_____

**Order**
_____

Based on the findings of fact and conclusions of law stated at an evidentiary hearing held June 6, 2007, the Motion to Suppress Evidence filed by Benito Juarez-Reyes (Docket # 25) is DENIED.

A hearing on the Motion for Discovery (Docket #26) is set for Friday, July 20, 2007 at 8:30am.

**DONE and ORDERED,** this  7th  day of June 2007 at Denver, Colorado.

                                              s/Lewis T. Babcock
                                        United States District Chief Judge