# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 06-cr-00429-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    BENITO JUAREZ-REYES,

    Defendant.

___

## ORDER
___

For the reasons stated on the record during the August 22, 2007 hearing, and based upon the Government's Response [**Docket # 94**], IT IS HEREBY ORDERED as follows:

1. Defendant's Motion *in limine* [**Docket # 89**] is GRANTED as confessed.

2. The Government may not introduce any evidence of Kane County, Illinois, criminal case number 02 CF 618, *Illinois v. Benito R. Juarez*, during its case-in-chief.

3. The Government may not introduce any evidence of Kane County, Illinois, criminal case number 02 CF 618, *Illinois v. Benito R. Juarez*, during the sentencing phase of this case, if any.

4. If Defendant—should he testify—asserts a blanket denial of any knowledge of drug-related offenses during his testimony, the Government may request a bench conference to determine the admissibility of Kane County, Illinois, criminal case number 02 CF 618, *Illinois v. Benito R. Juarez*, for impeachment purposes.

Dated: August   22   , 2007.

                                           BY THE COURT:


                                             s/Lewis T. Babcock
                                           Lewis T. Babcock, Judge