# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 06-cr-00429-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      BENITO JUAREZ-REYES,

      Defendant.

___

## ORDER
___

For the reasons stated on the record during the January 2, 2008, hearing, and based upon the parties' papers and the case file, IT IS ORDERED that Defendant's Motion for Discovery, Inspection and Testing with Request for Issuance of Subpoenas [**Docket # 125**] is GRANTED in part, HELD IN ABEYANCE in part, and DENIED in part as follows:

    1. Plaintiff is directed to secure the transfer of the cocaine in question to the District of Colorado for arrival no later than January 11, 2008;

    2. Defendant shall file an *ex parte* motion with this Court under the Criminal Justice Act no later than January 7, 2008, designating an expert to weigh the cocaine in question, providing credentials for such expert, and including an assessment of costs necessary to retain such expert;

    3. Defendant shall provide Plaintiff with notice of such expert and such expert's qualifications pursuant to FED. R. CRIM. P. 16 no later than January 7, 2008;

    4. Plaintiff and Defendant shall arrange to have the cocaine weighed by the Defendant's expert in the presence of a DEA agent in the District of Colorado and the cocaine shall remain in

the DEA's chain of custody at all times;

5. The parties shall file a joint status report informing this Court of the designated time and place of testing no later that January 14, 2008;

6. The results of Defendant's examination of the cocaine shall be disclosed to Plaintiff in writing immediately following Defendant's examination;

7. To the extent Defendant's motion requests a subpoena *duces tecum* be issued to a representative of the Toyota Motor Company, such motion shall be HELD IN ABEYANCE until the January 18, 2008, sanctions hearing in this matter; and

8. To the extent not otherwise addressed in this Order, Defendant's motion is DENIED.


Dated: January   2  , 2008.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge