**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

Criminal Action No. 06-cr00429-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. BENITO JUAREZ-REYES,

Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS**

---

IT IS STIPULATED AND ORDERED that at the conclusion of the hearing on

January 18, 2008 counsel for the parties shall retain custody of their respective exhibits

until such time as all need for the exhibits has terminated and the time to appeal has

expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this __18th__ day of January 2008.

BY THE COURT:

_____
Lewis T. Babcock, Judge


_____        ___No exhibits_____
ATTORNEY FOR PLAINTIFF                  ATTORNEY FOR DEFENDANT