**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

---

Courtroom Deputy: LaDonne BushDate: May 9, 2008
Court Reporter: Gwen DanielProbation: Christine Zorn
Interpreter: Adriana Weisz

---

Criminal Action No. 06-cr-00429-LTB<u>Counsel:</u>

UNITED STATES OF AMERICA,James Boma

Plaintiff,

v.

1. BENITO JUAREZ-REYES,Donald Lozow

Defendant.

---

## COURTROOM MINUTES - SENTENCING
---

2:03 p.m.Court in session.

Defendant is present and in custody.

Interpreter sworn.

> Defendant plead guilty to Count Two of the Indictment on February 27, 2008

**ORDERED**: Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility (Doc. 159) is granted.

**ORDERED**: Government's Motion to Dismiss with Prejudice Count One of the Indictment as to Defendant Benito Juarez-Reyes Only (Doc. 160) is granted.

1

Statements by Defendant's mother and sister.

Statement by Mr. Lozow.

Statement by Defendant.

Court's findings.

**ORDERED**: Government's Motion for Sentencing Reduction Under the Provisions of §5K1.1 (Doc. 161) is granted as set forth on the record.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that the defendant, Benito Juarez-Reyes, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 54 months.

Defendant recommends that the Bureau of Prisons place the Defendant at La Tuna, Texas.

**ORDERED**: Upon release from imprisonment, defendant shall be placed supervised release for a period of three years.

**ORDERED: Conditions of supervised release**:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITION of supervised release**:
- (X) Defendant, if deported, shall not return to the United States illegally. If the defendant re-enters the United States legally, defendant shall report to the nearest U.S. Probation Office within 72 hours of defendant's return.

**ORDERED:** Defendant shall pay the $ 100 special assessment fee which is due and payable immediately.

**ORDERED:** No fine is imposed because defendant has no ability to pay a fine.

Defendant advised of his right to appeal.

Defendant is remanded to the custody of the U.S. Marshal.

2:28 p.m.     Court in recess.

Hearing concluded.
Time: 00:25