IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00429-LTB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BENITO JUAREZ-REYES,

    Defendant.

---

ORDER GRANTING GOVERNMENT'S MOTION FOR
DEFENDANT TO RECEIVE THE THIRD LEVEL FOR
ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §3E1.1(b)

---

**THIS MATTER** comes before the Court on the Government's referenced motion, and this Court, after having the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion, for good cause shown, should be and is hereby **GRANTED.**

THEREFORE, this defendant shall receive a 3-level decrease in offense level for acceptance of responsibility under the provisions of §3E1.1 of the Sentencing Guidelines.

**DONE AND ORDERED** this   9th   day of May, 2008.

                                      s/Lewis T. Babcock
                                      LEWIS T. BABCOCK, JUDGE
                                      UNITED STATES DISTRICT COURT
                                      DISTRICT OF COLORADO