IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00429-LTB-01

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  BENITO JUAREZ-REYES,

     Defendant.

---

ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS
WITH PREJUDICE COUNT ONE OF THE INDICTMENT AS
TO DEFENDANT BENITO JUAREZ-REYES ONLY

---

**THIS MATTER** comes before the Court on the Government's referenced motion,

and this Court, after having the opportunity to review this pleading, its file in this matter,

and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion, for good cause shown, should be

and is hereby **GRANTED.**

THEREFORE, pursuant to the Government's plea agreement with this

defendant, Count One of the Indictment is hereby **DISMISSED WITH PREJUDICE** as to

this defendant only.

**DONE AND ORDERED** this ___9th___ day of May, 2008.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO